FILED

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0124

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0124

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

RICHARD WAYNE SPARKS,

      Defendant and Appellant.

### MOTION TO DISMISS DUE TO APPELLANT'S DEATH

Upon consideration of Counsel's motion to dismiss the above-entitled cause due to Appellant's death, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2023